

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

February 4, 2008

**By Hand Delivery**
Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

Re:   New York et al. v. Johnson, 07 Civ. 10732 (BSJ) (DCF)

Dear Judge Jones:

This Office represents defendants the Environmental Protection Agency ("EPA") and Stephen Johnson (collectively, the "Government") in the above-referenced action. Enclosed please find a courtesy copy of the Government's answer.

The Government writes respectfully to request leave to file the Administrative Record with the Court on a CD, rather than as a hard copy. The Government will file an index to the Administrative Record in hard copy. The Administrative Record in this matter is voluminous, consisting of more than 5,000 documents. The Government anticipates that at the time of briefing, the parties may submit hard copies of the documents cited in their briefs.

Thank you for your consideration of this matter.

Application Granted

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
2/8/08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SARAH E. LIGHT
Assistant United States Attorney
Telephone: (212) 637-2774
Fax: (212) 637-2686