Brent E. Pelton, Esq. (BP-1055)
PELTON SERPE LLP
111 Broadway, 9th Floor
New York, New York 10006
(Phone) (212) 725-3600; (Fax)(212) 385-4600
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VICTOR MARQUEZ, Individually, and on
Behalf of All Other Persons Similarly Situated

                                                   Plaintiffs,

                    -against-

AQUATIC RECREATIONAL MANAGEMENT, INC.,
JOEL WHITE, and JOHN DOES # 1-10,
Jointly and Severally

                                                   Defendants.
-------------------------------------------------------------x

07 CIV 10732 (LAP)

*Electronically Filed*

## STIPULATION AND ORDER OF DISMISSAL

IT IS hereby STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice and on the merits and without costs or attorneys' fees to any party as against the other. It is also stipulated and agreed that this Court will retain jurisdiction for purposes of resolving any questions or issues that might arise in connection with the dismissal of this action.

STIPULATED AND AGREED:

                                                         PELTON SERPE LLP

                                                         By: _____
                                                            Brent E. Pelton (BP-1055)

                                                         111 Broadway, 9th Floor
                                                         New York, New York 10006
                                                         (212) 725-3600
                                                         Attorneys for Plaintiff

AQUATIC RECREATIONAL MGT. INC. &
JOEL WHITE

By: _____
Joel White
341 W. 87th Street
New York, New York 10024

Authorized representative for Defendants
Aquatic Recreational Mgt. Inc. and Joel White

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

SO ORDERED: _____
LORETTA A. PRESKA, U.S.D.J.
Hon. Hon. Loretta A. Preska, U.S.D.J.

February 13, 2008

1-NY/2256296.4                           2